## Guttilla Murphy Anderson

**Dawn M. Maguire** (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Maureen Gaughan, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Barbara K. Berrett,<br><br>     Debtor. | Case No. 2:18-bk-13576-MCW<br><br>Chapter 7<br><br>**APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 7 TRUSTEE AND VERIFIED STATEMENT IN SUPPORT THEREOF** |

Pursuant to 11 U.S.C. § 327 and the Bankruptcy Rule 2014, Maureen Gaughan, the duly appointed Chapter 7 trustee herein ("Trustee"), applies for an order approving the employment of Dawn M. Maguire, Of Counsel to Guttilla Murphy Anderson ("GMA" or "Firm") as attorney for the Trustee.

1.     Trustee wishes to employ GMA as Trustee's attorney to represent Trustee in this matter. The Trustee has selected GMA because its attorneys have considerable bankruptcy experience and, further, Trustee believes that GMA is qualified to represent Trustee in this case.

2.     The professional services to be provided by GMA include the following:

a.     Providing the Trustee with legal advice with respect to the Trustee's powers, duties, rights and remedies, advising and consulting with the Trustee concerning questions

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

1

arising in the administration of the estate, and representing the Trustee in connection with matters involving creditors and other parties in interest.

b. Preparing applications, motions, answers, notices, orders, reports or other pleadings or legal documents and perform legal services required to assist the Trustee in locating and collecting assets of the estate and the administration of the bankruptcy case.

c. Appearing, prosecuting and representing the Trustee's interest in actions arising in, or related to, this case.

d. Performing all other legal services for the Trustee as required and as are necessary in this case.

3. To the best of Trustee's knowledge and in reliance upon the attached Verified Statement pursuant to Bankruptcy Rule 2014 in support of this Application, GMA and its members do not hold any interest adverse to the estate, are "disinterested" within the meaning of 11 U.S.C. § 101(14), and have no known connection with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee, except as stated in the attached Verified Statement.

4. The employment of GMA is in the best interest of the estate.

5. The terms of the employment of GMA, as agreed to by the Trustee, subject to approval of the Court, are that the attorneys and other personnel within the firm will undertake representation at the following hourly rates:

| | |
|---|---|
| Partners and Of Counsel | $325.00 - $375.00 |
| Senior Associates | $275.00 |
| Associates | $250.00 |
| Law Clerks | $125.00 |
| Paralegals/Legal Assistants | $85.00 - $150.00 |

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

6.      The hourly rates set forth above are subject to periodic increases in the normal course of GMA's business, due to, among other things, the increased experience of a particular professional.

7.      It is contemplated that GMA will seek interim compensation in the case as permitted by 11 U.S.C. § 331, as appropriate.

WHEREFORE, the Trustee respectfully requests an order of this Court authorizing the employment of GMA, on the terms specified above, to represent the Trustee in this case, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow upon future application.

Dated this 17th day of December, 2018.

<u>/s/ Maureen Gaughan</u>
Maureen Gaughan
Chapter 7 Trustee

Gutilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014 IN
SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY GUTTILLA
MURPHY ANDERSON, P.C.

I, Dawn M. Maguire, state as follows:

1.      I am Of Counsel to the law firm of Guttilla Murphy Anderson (the "Firm").

2.      I am executing this Verified Statement in support of the *Application to Employ Counsel for Chapter 7 Trustee* filed in the estate of Barbara K. Berrett ("Debtor"), Case No. 2:18-bk-13576-MCW.

3.      All the attorneys in the Firm are duly admitted to practice in Arizona and before this Court.  I have extensive experience in bankruptcy law and the other attorneys of the Firm have handled bankruptcy matters.  Accordingly, the Firm is well-qualified to represent the Trustee and is willing to accept employment on the basis set forth in the Application.

4.      With respect to the Firm's connection with the Debtor, creditors, or any other parties in interest, or any of their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, I hereby confirm the following to the Trustee and to the Court, personally and on behalf of the Firm, and to the best of my knowledge, information, and belief:

   a.      The Firm and its members have had no prior relationship with the Debtor.  Accordingly, the Firm is not a creditor of the Debtor.

   b.       Dina L. Anderson, of counsel to the Firm, is a Chapter 7 panel trustee in the State of Arizona for the Phoenix division.  Ms. Anderson is not the trustee in this case.

   c.      Based on a conflicts search, I have determined that the Firm has, from time to time, provided legal services to the following entities who appear to be creditors or parties in interest in this case currently, or previously were, clients of the

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Firm, or are affiliates of such clients, in matters wholly unrelated to this bankruptcy estate:

      i.  First Service Residential

The Firm does not, and will not, represent any of these entities, or their affiliates, with respect to this bankruptcy estate, nor does the Firm's other representations conflict with the interests of the Firm's representation of the Trustee. To the extent that I become aware of any additional unrelated representations subsequent to the date of this Statement, I intend to supplement this Statement accordingly.

5.      Except as disclosed in Paragraph 4, I do not believe that there is any other connection or interest[1] between the Firm and: (i) the United States Trustee or any person employed by the Office of the United States Trustee; or (ii) any attorneys, accountants and financial consultants who represent or may represent claimants or other parties in interest in these cases. However, as part of its practice, the Firm appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial institutions, taxing authorities, financial consultants and investment bankers, some of which now or may in the future have an interest in this estate and/or represent the Trustee, the Debtor, creditors or parties in interest in this case. I understand that the Firm has not and will not represent any such entities in relation to the Trustee, the Debtor, and/or this case, nor have any financial relationship with any such entities that would be adverse to the Trustee, the Debtor, and/or this estate in the matters for which the Firm is to be employed. To the best of my knowledge, neither the Firm nor any attorney at the Firm is or was a creditor, an equity security holder or an insider of any of the Debtor.

---

[1] As the terms are used in Bankruptcy Code §101(14)(C) and Bankruptcy Rule 2014(a).

6. Accordingly, to the best of my knowledge, the Firm and its members are "disinterested" within the meaning of 11 U.S.C. § 101(14), and hold no adverse interest to the trustee or the estate.

I declare under penalty of perjury that the above is true and correct.

Dated this 17th day of December, 2018.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ Dawn M. Maguire
Dawn M. Maguire

Copy of the foregoing mailed
on December 17, 2018, to:

Barbara K. Berrett
6201 N. Yucca Street
Paradise Valley, AZ 85253

Grant L. Cartwright
May Potenza Baran & Gillespie, PC
201 N Central Ave., 22nd Fl.
Phoenix, AZ 85004-0608
(Counsel for the Debtor)

Elizabeth M. Redmond
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
(Authorized Agent for American Express National Bank)

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

/s/ Tracie Hurd

2715-001 (354791)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300