THE MOTION IS GRANTED WITHOUT PREJUDICE TO THE FILING OF A MOTION FOR RECONSIDERATION BY ANY PARTY.

SO ORDERED.

Dated: April 8, 2019



Madeleine C. Wanslee, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>BARBARA K. BERRETT<br><br>Debtor. | Chapter 7<br><br>Case No. 2:18-bk-13576-MCW |

## ORDER GRANTING THE TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY HEENA KHATRI, A MEMBER OF URBANCITI REALTY & PROPERTY MANAGEMENT AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY

Now the above-captioned matter comes before this Court upon the Application of the Chapter 7 Trustee herein, Maureen Gaughan and pursuant to 11 U.S.C. §327, requested authority to employ the professional services of Heena Khatri, a member of UrbanCiti Realty & Property Management, in this matter for the listing and sale of real estate known as 6201 North Yucca Road, Paradise Valley, AZ 85253 Tax Parcel No. 169-39-063 hereinafter referred to as the "Real Property", and to approve the Listing Agreement for this property.

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Barbara K. Berrett.

2. The Chapter 7 Trustee desires to employ Heena Khatri, a member of UrbanCiti Realty & Property Management (jointly referred to hereafter as "Local Listing Agent"), to provide professional services on behalf of this bankruptcy estate for the marketing and sale of the Real Property identified hereinabove, in which the above-named Debtor holds an interest. The Local Listing Agent is requesting a commission

of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

3. A duly executed and verified statement of disinterestedness was attached to the Application as Exhibit "A" setting out that the employees and members of UrbanCiti Realty & Property Management are disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse to the bankruptcy estate, is not aware of any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

4. Notice of the request and approval of the employment of this professional was provided and served upon all parties of interest in this matter.

5. Also attached to the Trustee's Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement, which the Chapter 7 Trustee has executed on behalf of this bankruptcy estate.

6. BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with Local Listing Agent.

7. Bank of America, NA[1] claims a mortgage interest in the Real Property and has consented to the sale of the Real Property subject to their security interest.

8. PNC Bank Mortgage Services claims a second mortgage interest in and to the Real Property. BK Global will gain consent of the second mortgage holder for the sale of the Real Property.

---

[1] Upon information and belief Bank of America, NA sold the loan to Caliber Home Loans, Inc. ("Caliber"), as such Caliber is the current beneficiary of the Deed of Trust secured by the Property. As of this date, an Assignment documenting the transfer has not been recorded with the Maricopa County Recorder's Office. All pleadings are being noticed to Bank of America, NA, Caliber and Caliber's Attorney.

9. There are possible Federal Tax Liens from various years, totaling $49,424.22, $69,532.16, and $191,251.40.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Notice as to the Application to Employ Heena Khatri, a member of UrbanCiti Realty & Property Management, as served by the trustee upon all parties of interest in this matter was due, proper and sufficient, and no further or additional notice is necessary or required.

IT IS BY THE COURT FURTHER ORDERED that the Chapter 7 Trustee's Application is hereby granted and the Chapter 7 Trustee is hereby authorized to employ the professional services of Heena Khatri, a member of UrbanCiti Realty & Property Management, in this bankruptcy estate, for the listing and sale of the Real Property.

IT IS BY THE COURT FURTHER ORDERED that the Listing Agreement with Heena Khatri, a member of UrbanCiti Realty & Property Management, for the sale of the subject Real Property is hereby approved.

DATED AND SIGNED ABOVE.